IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cr-00122-SRB |
| | ) | |
| MARIO T. STEWART, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before this Court is Magistrate Judge Jill A. Morris's Report and Recommendation (Doc. #50) to Deny Defendant Mario T. Stewart's ("Defendant") Motion to Suppress Evidence (Doc. #31). Defendant filed Objections to the Report and Recommendation on his Motion to Suppress Evidence. (Doc. #58). After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Report and Recommendation (Doc. #50). Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #50) be attached to and made a part of this Order and that Defendant's Motion to Suppress (Doc. #31) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2023