IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                                                              Criminal Action No.
                                                                          22-00122-CR-W-SRB

MARIO T. STEWART,

          Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of a firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
        Government: Robert Smith
           Case Agent: FBI Task Force Officer James Rader
        Defense: William J. Raymond


**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
        Government: 4 with stipulations; 5 without stipulations
        Defense: 2-3 witnesses, including Defendant who    (  ) will
                                                                             ( x ) may
                                                                              (  ) will not testify

**TRIAL EXHIBITS**:
        Government: 20 - 25 exhibits
        Defense: no additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                  (  ) Possibly for trial
        (  ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
    Government's case including jury selection: 1.5 days
    Defense case: .5 days

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    (  )    likely as to:
        (  )    chain of custody
        (  )    chemist's reports
        ( x )    prior felony conviction – Defendant takes no position at this time
        ( x )    interstate nexus of firearm – Potentially
        (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: November 20, 2023
Defense: November 20, 2023
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: November 20, 2023
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: November 20, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing 12/4/2023
    **Please note**:

*Counsel for the Government has another case on the December Docket: <u>United States v. Wilmer Antony Mendoza Perez, et. al.</u>, 23-cr-00033-SRB.*

*Defense Counsel has a conflicting CLE during the first week of the December Docket, on 12/6-12/8.*

2

Case 4:22-cr-00122-SRB   Document 62   Filed 11/15/23   Page 2 of 3

**OTHER**:
( ) A _____-speaking interpreter is required.
( ) Other assistive devices: _____

**IT IS SO ORDERED.**

/s/ Jill A. Morris
JILL A. MORRIS
United States Magistrate Judge